UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * *
                                           *
HMH TRANSPORTATION INC.                    *
        Plaintiffs,                        *
                                           *
           v.                              *    CIVIL ACTION NO. 04 10127 NG
                                           *
NAVIGATOR LOGISTICS                        *
MANAGEMENT, INC.,                          *
CARL S. HURVITZ A/K/A STEVEN               *
HURVITZ and CARL STEVEN                    *
HURVITZ                                    *
        Defendants.                        *
                                           *
* * * * * * * * * * * * * * * * * * * * * *
```

## FILING PURSUANT TO LOCAL RULE 81.1

Defendants hereby file a certified copy of the docket sheet and all of the papers filed in the Commonwealth of Massachusetts, Plymouth County, Plymouth District Court in this action.

Defendants,

By their attorneys,

_____
Leonard M. Singer
BBO No. 464600
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

Of counsel:

Gerard F. Smith
Augello, Pezold & Hirschmann LLP
One Broadway, Suite 1-201
Denville, New Jersey 07834

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that I have served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be mailed to Jonathan H. Allen, Weiner and Peskin, PC, 95 State Street, Suite 918, Springfield, Massachusetts 01103 on February 11, 2004.

						_____
						Leonard M. Singer