# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

HMH TRANSPORTATION, INC.

     Plaintiff,

   v.

                                             CA. NO. 04-10127-NG

NAVIGATOR LOGISTICS
MANAGEMENT, INC.,

     Defendant.

## *NOTICE*

April 23, 2004

**BOWLER, Ch.U.S.M.J.**

     PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a

**status conference** at **10:30 a.m., Monday, May 3, 2004,** in courtroom # 25 on the

7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.


                                         /s/
                               **MARIANNE B. BOWLER**
                               Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**