UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ~~HMH TRANSPORTATION, INC.~~, )<br>Plaintiff )<br>v. )<br>NAVIGATOR LOGISTICS MANAGEMENT, )<br>INC., and CARL S. HURVITZ a/k/a )<br>C. STEVEN HURVITZ and STEVEN HURVITZ )<br>and CARL STEVEN HURVITZ, )<br>Defendants )<br>) | Case Number 04-10127-NG |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the parties and respectfully request that the Status Conference in this matter, which is now scheduled for ~~Monday, May 3, 2004, at 10:30 a.m.~~, be continued to ~~Monday, June~~ 14, ~~2004, at 10:30 a.m.~~ As a basis therefore, the Plaintiff's counsel states that due to a prior obligation he will be in the Plymouth District Court on that date and time, and will be unable to attend the Status Conference in Boston. In further support of this Motion, the parties state that they are in the process of conducting settlement negotiations which, they hope, may lead to a resolution or settlement without trial or further Court action.

The Plaintiff, HMH Transportation, Inc.,
by its Counsel

/s/ Jonathan H. Allen

Jonathan H. Allen, Esq. BBO # 638033
Gary M. Weiner, Esq. BBO # 548341
WEINER AND PESKIN, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel No. (413) 732-6840
Fax No. (413) 785-5666
Date: April 29, 2004

The Defendant, Navigator Logistics, Inc., and
Carl S. Hurvitz, by their Counsel,

/s/ Leonard M. Singer

Leonard Singer, Esq., BBO # 464600
Craighead Glick LLP
277 Dartmouth Street, Third Floor
Boston, MA 02116
Tel No. (617) 859-8200
Fax No. (617) 859-7272
Date: