# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

HMH TRANSPORTATION, INC.

    Plaintiff,

       v.                                        CA. NO. 04-10127-NG

NAVIGATOR LOGISTICS MANAGEMENT
INC., ET AL,

    Defendants.

## *NOTICE*

June 10, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case scheduled for a status conference at 10:30 a.m., Monday, June 14, 2004, has been **rescheduled** to **2:00 p.m., Tuesday, June 29, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                /s/

                                              **MARIANNE B. BOWLER**
                                              Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**