UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HMH TRANSPORTATION, INC., )
          Plaintiff )
   v. )
NAVIGATOR LOGISTICS MANAGEMENT, )
INC., and CARL S. HURVITZ a/k/a )    Case Number 04-10127-NG
C. STEVEN HURVITZ and STEVEN HURVITZ )
and CARL STEVEN HURVITZ, )
          Defendants )
 )

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the parties and respectfully request that the Status Conference in this matter, which is now scheduled for Tuesday, June 29, 2004, at 2:00 p.m., be continued to sometime after the second week of July, 2004, at a specific date and time to be determined by the Court. As a basis therefore, the Plaintiff's counsel states that he is presently attempting to obtain further documentation and information from the Plaintiff which may result in a speedy settlement or resolution of this case.

The Plaintiff, HMH Transportation, Inc.,     The Defendant, Navigator Logistics, Inc., and
by its Counsel     Carl S. Hurvitz, by their Counsel,

_____     _____
Jonathan H. Allen, Esq. BBO # 638033     Leonard Singer, Esq., BBO # 464600
Gary M. Weiner, Esq. BBO # 548341     Craighead Glick LLP
WEINER AND PESKIN, P.C.     277 Dartmouth Street, Third Floor
95 State Street, Suite 918     Boston, MA 02116
Springfield, MA 01103     Tel No. (617) 859-8200
Tel No. (413) 732-6840     Fax No. (617) 859-7272
Fax No. (413) 785-5666     Date: June 29, 2004
Date: June 29, 2004