UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HMH TRANSPORTATION, INC., ) | |
| Plaintiff ) | |
| v. ) | |
| NAVIGATOR LOGISTICS MANAGEMENT, ) | Case Number 04-10127-NG |
| INC., and CARL S. HURVITZ a/k/a ) | |
| C. STEVEN HURVITZ and STEVEN HURVITZ ) | |
| and CARL STEVEN HURVITZ, ) | |
| Defendants ) | |

## MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL

Pursuant to Local Rule 83.5.2 (c), now comes Weiner and Peskin, P.C., and respectfully requests that this Court grant it leave to withdraw as counsel of record for the Plaintiff, HMH Transportation, Inc. In support of this Motion, counsel states and makes affidavit that despite repeated attempts by telephone, mail, and facsimile, he has been unable to communicate with his client since June 7, 2004. Furthermore, counsel believes that the Plaintiff corporation is no longer in business.

Motion for Leave to Withdraw
as Plaintiff's Counsel
Page 2

WHEREFORE, for the reasons stated herein, and in the attached affidavit of Jonathan H. Allen, Esq., Plaintiff's counsel respectfully requests that this Court grant it leave to withdraw as counsel of record.

The Plaintiff, HMH Transportation, Inc.,
by its Counsel

Jonathan H. Allen, Esq. BBO # 638033
Gary M. Weiner, Esq. BBO # 548341
WEINER AND PESKIN, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel No. (413) 732-6840
Fax No. (413) 785-5666
Date: July 14, 2004
