UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HMH TRANSPORTATION, INC.,
    Plaintiff
v.
NAVIGATOR LOGISTICS MANAGEMENT,
INC., and CARL S. HURVITZ a/k/a
C. STEVEN HURVITZ and STEVEN HURVITZ
and CARL STEVEN HURVITZ,
    Defendants

Case Number 04-10127-NG

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice of dismissal of the above-captioned matter.

The Plaintiff, HMH Transportation, Inc.,
by its Counsel

Jonathan H. Allen, Esq. BBO # 638033
Gary M. Weiner, Esq. BBO # 548341
WEINER AND PESKIN, P.C.
95 State Street, Suite 918
Springfield, MA 01103
Tel No (413) 732-6840
Fax No (413) 785-5666
Date: July 15, 2004